SEALED BY ORDER OF THE COURT

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

WES R. PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2002

at ___ o'clock and ___ min ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID H. GOUVEIA, <br><br> Defendant. | CR. NO. CR02 00102 SOM <br><br> **INDICTMENT** <br><br> [18 U.S.C. § 922(g)(1); <br> 18 U.S.C. § 922(g)(3); <br> 18 U.S.C. § 924(a)(2)] |

### I N D I C T M E N T

#### COUNT 1

The Grand Jury charges that:

On or about November 25, 2000, in the District of Hawaii, defendant DAVID H. GOUVEIA, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

did knowingly possess in and affecting commerce a firearm, that is, a Hi-Point Firearms 9 mm caliber, semi-automatic pistol bearing Serial Number 016392.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

The Grand Jury further charges that:

On or about November 25, 2000, in the District of Hawaii, defendant DAVID H. GOUVEIA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, described as: five (5) rounds of 9mm caliber ammunition.

All in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

The Grand Jury further charges that:

On or about November 25, 2000, in the District of Hawaii, defendant DAVID H. GOUVEIA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, to wit, a Hi-Point firearms 9 mm caliber, semi-automatic pistol bearing Serial Number 016392.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: __3/28__, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
for ELLIOT ENOKI
First Assistant U.S. Attorney

_____
for WES R. PORTER
Sp. Assistant U.S. Attorney

United States v. David H. Gouveia
Cr. No.
"INDICTMENT"