ORIGINAL

AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 18 2006

at 3 o'clock and 00 min. M
SUE BEITIA, CLERK

# United States District Court

## District of Hawaii

UNITED STATES OF AMERICA
v.
**DAVID H. GOUVEIA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:02CR00102-001
USM Number: 86651-022
Michael A. Weight, AFPD
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) General Condition, Special Condition No. 1 and Standard Conditions No.'s 3, 7 and 9 of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 1744

December 12, 2005
Date of Imposition of Sentence

Defendant's Residence Address:
**118 W. Papa Avenue**
**Kahului, Hawaii 96732**

Alan C Kay
Signature of Judicial Officer

Defendant's Mailing Address:
**P. O. Box 2164**
**Wailuku, Hawaii 96793**

**ALAN C. KAY**, Senior United States District Judge
Name & Title of Judicial Officer

JAN 17 2006
Date

CASE NUMBER: 1:02CR00102-001
DEFENDANT: DAVID H. GOUVEIA



**ADDITIONAL VIOLATION**

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject submitted a urine specimen that tested positive for morphine and codeine | 2/24/05 |
| 2 | Subject admitted using a controlled prescription drug without a valid prescription | 2/15/05 |
| 3 | Subject failed to answer truthfully inquiries of the Probation Officer | 2/7/05, 2/14/05 and 2/16/05 |
| 4 | Subject failed to follow instructions of the Probation Officer | 2/16/05 |
| 6 | Subject associated with Shane Martinez, a known felon | 2/16/05 |
| 7 | Subject pled guilty to Possession with Intent to Distribute 5 Grams or more of Methamphetamine | 9/1/05 |
| 8 | Subject pled guilty to Felon in Possession of a Firearm | 9/1/05 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 MONTHS .

This term of imprisonment is to run consecutive with the term of imprisonment imposed in Cr. No. 05-00168ACK

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ____ on ____.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ____.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_______________________________________________

_______________________________________________

_______________________________________________

Defendant delivered on ______________________ to ______________________

at ______________________, with a certified copy of this judgment.

______________________
UNITED STATES MARSHAL

By ______________________
Deputy U.S. Marshal